UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **RUDOWICZ, BRIAN P** | ) | Bankruptcy Case No. 14-37102 JSB |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on December 28, 2017 I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

JOHN P COONEY
1423 CENTRE CIRCLE
Downers Grove, IL 60515

**VIA REGULAR MAIL**

RUDOWICZ, BRIAN P
1734 Eaglebrook Dr
Geneva, IL 60134

John Csernotta
c/o Drendel & Jansons Law Group,
ATTN: Lawrence Lobb
111 Flinn St.
Batavia, IL 60510

Cavalry SPV I, LLC.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd. Ste 200
Tucson, AZ 85712

Bank of America
Scott E Jensen
101 N Wacker Dr.Suite 101
Chicago, IL 60606

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000