**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RUDOWICZ, BRIAN P         § Case No. 14-37102
                                 §
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $553,475.00              Assets Exempt: $4,000.00
(without deducting any secured claims)

Total Distribution to Claimants: $21,548.34    Claims Discharged
                                               Without Payment: $1,698,600.11

Total Expenses of Administration: $37,265.21
```

3) Total gross receipts of $ 58,813.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $58,813.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,265.21 | 37,265.21 | 37,265.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,693,226.48 | 1,720,148.45 | 1,720,148.45 | 21,548.34 |
| **TOTAL DISBURSEMENTS** | $1,693,226.48 | $1,757,413.66 | $1,757,413.66 | $58,813.55 |

4) This case was originally filed under Chapter 7 on October 14, 2014. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2018          By: /s/THOMAS E. SPRINGER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BMO Harris Bank | 1129-000 | 8,813.55 |
| Fraudulent transfer adversary 16-00329 | 1241-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$58,813.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 6,190.68 | 6,190.68 | 6,190.68 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 288.91 | 288.91 | 288.91 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 30,104.00 | 30,104.00 | 30,104.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.46 | 13.46 | 13.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.60 | 12.60 | 12.60 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.04 | 3.04 | 3.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.46 | 13.46 | 13.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.76 | 11.76 | 11.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.00 | 13.00 | 13.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.72 | 11.72 | 11.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.80 | 13.80 | 13.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.52 | 12.52 | 12.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.09 | 12.09 | 12.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.09 | 52.09 | 52.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.41 | 68.41 | 68.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.22 | 43.22 | 43.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.45 | 40.45 | 40.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $37,265.21 | $37,265.21 | $37,265.21 |

## **EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## **EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | John Csernotta | 7100-000 | 90,940.00 | 94,829.00 | 94,829.00 | 1,187.93 |
| 2 | Bank of America | 7100-000 | 1,588,056.48 | 1,611,214.95 | 1,611,214.95 | 20,183.72 |
| 3 | Cavalry SPV I, LLC. | 7100-000 | 14,230.00 | 14,104.50 | 14,104.50 | 176.69 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,693,226.48 | $1,720,148.45 | $1,720,148.45 | $21,548.34 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-37102  
**Case Name:** RUDOWICZ, BRIAN P  

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 10/14/14 (f)  
**§341(a) Meeting Date:** 11/10/14  

**Period Ending:** 05/15/18  

**Claims Bar Date:** 04/28/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 1734 Eaglebrook Dr., Geneva, IL 60134<br>    Amended schedules reduced lien from $343,000 to $133,000<br>Fraudulent transfer adversary filed/settled; see Asset #7 below | 550,000.00 | 175,000.00 | | 0.00 | FA |
| 2 | BMO Harris Bank<br>    111 West Monroe<br>Chicago, IL  60602 | 13,000.00 | 9,000.00 | | 8,813.55 | FA |
| 3 | Household goods and furnishings<br>    Location:  1734 Eaglebrook Dr., Geneva, IL  60134 | 2,875.00 | 0.00 | | 0.00 | FA |
| 4 | Books, pictures and other art objects<br>    Location:  1734 Eaglebrook Dr., Geneva, IL  60134 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel<br>    Location:  1734 Eaglebrook Dr., Geneva, IL  60134 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Potential cause of action against Mark Iozzo for  (u)<br>    fraud and breach of fiduciary duties.<br>Location:  1734 Eaglebrook Dr., Geneva, IL  60134<br>Listed on Amended Schedule B | Unknown | 0.00 | | 0.00 | FA |
| 7 | Fraudulent transfer adversary 16-00329  (u) | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| 7 Assets | **Totals** (Excluding unknown values) | **$616,475.00** | **$234,000.00** | | **$58,813.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

   On May 31, 2016, the Trustee filed an adversary complaint to avoid a fraudulent transfer to the debtor's spouse.  Litigation continues with the discovery cut-off April 28, 2017 and pre-trial conference May 21, 2017.

**Initial Projected Date Of Final Report (TFR):**     April 30, 2018          **Current Projected Date Of Final Report (TFR):**      December 15, 2017  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-37102  
**Case Name:** RUDOWICZ, BRIAN P  
**Taxpayer ID #:** **-***6729  
**Period Ending:** 05/15/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****094166 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/06/16 | {2} | Michael R. Rudowicz | Settlement Pursuant to Order | 1129-000 | 8,813.55 | | 8,813.55 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,803.55 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.46 | 8,790.09 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.60 | 8,777.49 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.46 | 8,764.03 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #14-37102, Bond #016073584 | 2300-000 | | 3.04 | 8,760.99 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.76 | 8,749.23 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.00 | 8,736.23 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.72 | 8,724.51 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.80 | 8,710.71 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.52 | 8,698.19 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.09 | 8,686.10 |
| 08/15/17 | {7} | Cooney Corso & Moynihan, LLC | Settlement of preference adversary | 1241-000 | 50,000.00 | | 58,686.10 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.09 | 58,634.01 |
| 09/05/17 | 102 | SPRINGER BROWN, LLC | Attorney fees pursuant to Order entered 8/25/17 | 3110-000 | | 30,104.00 | 28,530.01 |
| 09/05/17 | 103 | SPRINGER BROWN, LLC | Attorney expenses pursuant to Order entered 8/25/17 | 3120-000 | | 288.91 | 28,241.10 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.41 | 28,172.69 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.22 | 28,129.47 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.45 | 28,089.02 |
| 02/13/18 | 104 | CLERK OF THE U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 27,739.02 |
| 02/13/18 | 105 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $6,190.68, Trustee Compensation;  Reference: | 2100-000 | | 6,190.68 | 21,548.34 |
| 02/13/18 | 106 | John Csernotta | Dividend paid   1.25% on $94,829.00; Claim# 1; Filed: $94,829.00; Reference: | 7100-000 | | 1,187.93 | 20,360.41 |
| 02/13/18 | 107 | Bank of America | Dividend paid   1.25% on $1,611,214.95; Claim# 2; Filed: $1,611,214.95; Reference: | 7100-000 | | 20,183.72 | 176.69 |
| 02/13/18 | 108 | Cavalry SPV I, LLC. | Dividend paid   1.25% on $14,104.50; Claim# 3; Filed: $14,104.50; Reference: | 7100-000 | | 176.69 | 0.00 |

Subtotals :    $58,813.55     $58,813.55

{} Asset reference(s)

Printed: 05/15/2018 02:26 PM   V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-37102  
**Case Name:** RUDOWICZ, BRIAN P  

**Taxpayer ID #:** **-***6729  
**Period Ending:** 05/15/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****094166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 58,813.55 | 58,813.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 58,813.55 | 58,813.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$58,813.55** | **$58,813.55** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****094166** | 58,813.55 | 58,813.55 | 0.00 |
| | **$58,813.55** | **$58,813.55** | **$0.00** |

{} Asset reference(s)

Printed: 05/15/2018 02:26 PM    V.13.32